

# United States District Court
# Eastern District of California

United States of America

Plaintiff(s)

V.

Zachary A. Britton

Defendant(s)

Case Number: 6:26-po-00061-HBK-1

ORDER APPROVING
APPLICATION FOR PRO HAC VICE
(Doc. 6)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert Scott Gershman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Zachary A. Britton

On 01/21/1992 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/24/2026          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Robert Scott Gershman

Law Firm Name: GERSHMAN & GERSHMAN PA

Address: 2160 W. Atlantic Avenue

Second Floor

City: Delray Beach    State: Florida    Zip: 33445

Phone Number w/Area Code: (651) 707-4049

City and State of Residence: Boca Raton, Florida

Primary E-mail Address: robert@rglawfirm.us

Secondary E-mail Address: cindy@rglawfirm.us

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vonn R. Christenson, CA Bar No. 244873

Law Firm Name: CHRISTENSON LAW FIRM, LLP

Address: 472 W. Putnam Avenue

City: Porterville    State: CA    Zip: 93257

Phone Number w/Area Code: (559) 784-4934    Bar # 244873

## ORDER

The Pro Hac Vice Application (Doc. 6) is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/2/2026

U.S. MAGISTRATE JUDGE